USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHANTAL BONSU,

                Plaintiff,

-against-

MIDLAND CREDIT MANAGEMENT, INC.,

                Defendant.

24-CV-05525 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    Plaintiff was required to oppose the motion to dismiss or amend the complaint in response to the motion in accordance with Rule II(B)(6) by October 11, 2024. *See* Dkt. No. 14. No opposition brief or amended complaint has been filed. If Plaintiff does not file an opposition brief or an amended complaint by **October 25, 2024,** the motion will be treated as unopposed.

Dated: October 21, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge